5-21CV0287-H

In the united states district court
for the northern district of texas
Lubbock division

The people
v.                              L.A.PD.
the beast prophecies.

Complaint pursuant to title 42 USC section 1983(e).

Plaintiff: Thomas Howard Hunter III, ~~Texas Heartbeat #811~~ by and for the people 8692 Death Ave., Lubbock, TX, 75404.

Defendant: Pursuit of the healthcare industry, et al. Solicitor General, Washington, D.C..

Allegation: Civil Suit ~~for participation in the~~ in violation of the Constitution of the United States. ~~violation of petition.~~

Consent to investigate litigation history.

~~Texas Heartbeat #811~~

1/D, 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

Cause of Action

Defendant violated the Constitution of the United States First Amendment.

Facts

1. The Constitution of the United States First Amendment was not legally sensible.

2. The Constitution of the United States First Amendment protects the worship of God evident by the declaration of Independence our nation by God.

3. There are people in the pursuit of prophecies in Revelation 13.

4. Prophecies in Revelation 13 include worship of the dragon and worship of the beast.

5. Plaintiff issues a sue of the protection of the Constitution of the United States First Amendment.

Writ

Plaintiff demands judgment and order;

1. Investigate facts and evidence.
2. Opinion the Constitution of the United States First Amendment protects the worship of God.
3. Opinion the pursuit of prophecy in Revelation 13 violates the Constitution of the United States First Amendment.
4. All other relief entitled to.

Signed on this 11th day of November 2021.

/s/
Trevor Howard Hewitt III, T.A., T.A.A.
Texas State Bar # 2116
Attorney at Plaintiff
8002 Neath Ave.
Lubbock, TX. 75419

Taylor Howard
Howard Pendergrass
602392
TDCJ Montford Unit
8602 Peach Ave.
Lubbock, TX. 76494

October 28, 2021.

Re: Filing

Dear the Clerk;

Please forward boundwell for filing a section 1983(C) complaint. Filing (docket fee) will be paid by client trust deposit.

Thank you for your time and assistance.

Isiah Howard # 602302
Edwards II #192302
this institution unit
6630 peach Ave.
Lubbock, TX. 79404

Sincerely
Unit/Inmate

Within the District of Texas

RECEIVED
NOV 18 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

USDC Northern
1205 Texas Ave. Rm 209
Lubbock, TX. 79401

Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice Institutional
Division