UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOSEPH HOWARD STEWART, III,
Institutional ID No. 00602302

        Plaintiff,

v.

BEAST PROPHECIES,

        Defendant.

No. 5:21-CV-00287-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated June 21, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge